JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
CA Bar No. 254564
601 D Street NW
Washington, D.C. 20004
(202) 305-3895
shaun.pettigrew@usdoj.gov

*Counsel for Federal Defendants*

```
                    FILED        RECEIVED
                    ENTERED      SERVED ON
                         COUNSEL/PARTIES OF RECORD

                       MAY 20 2019

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:                          DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SIERRA TRAIL DOGS MOTORCYCLE AND RECREATION CLUB; PINE NUT MOUNTAINS TRAIL ASSOCIATION; AMERICAN MOTORCYCLIST ASSOCIATION, DISTRICT 36; CALIFORNIA FOUR WHEEL DRIVE ASSOCIATION; and THE BLUE RIBBON COALITION,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; HUMBOLDT TOIYABE NATIONAL FOREST; WILLIAM ("BILL") DUNKELBERGER, Forest Supervisor, Humboldt-Toiyabe National Forest<br><br>    Federal Defendants,<br><br>and<br><br>AMERICAN BIRD CONSERVANCY, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT, WILDEARTH GUARDIANS,<br><br>    Proposed Intervenor-Defendants | No. 3:18-cv-00594-MMD-CBC<br><br><br><br>**JOINT PROPOSED BRIEFING SCHEDULE** |

The parties hereby agree that the above-captioned action is an action for review on an administrative record that can be resolved by cross motions for summary judgment. Accordingly, the parties request an order establishing the following briefing schedule under Local Rule 16-1(c):

Administrative Record:

A. Federal Defendants shall lodge the Administrative Record on or before **June 6, 2019**.

B. Plaintiffs and Proposed Intervenor-Defendants shall notify Federal Defendants of any objections to the Administrative Record on or before **July 12, 2019**.

C. If objections to the Administrative Record are not resolved, the objecting party shall file any motion challenging the Administrative Record on or before **August 9, 2019**.

D. If the objecting party files a motion challenging the Administrative Record, then District of Nevada Local Rule 7-2(b) will apply, and Federal Defendants' response is due within <u>14 days</u> of the filing of the motion, and the movant's reply due within <u>7 days</u> of the filing of the response.

Cross Motions for Summary Judgment

A. Plaintiffs' Motion for Summary Judgment and Opening Brief is due within <u>35 days</u> from:

   1. **August 16, 2019**, if no party objects to the Administrative Record;

   2. **August 30, 2019**, if any party objects but does not file a motion challenging the Administrative Record; or

   3. the day the Court issues a decision on the motion, if a party files a motion challenging the Administrative Record.

B. Federal Defendants' Combined Cross Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment is due <u>42 days</u> from the filing of Plaintiffs' Motion for Summary Judgment.

C. Proposed Intervenor-Defendants' Combined Cross Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment is due <u>7 days</u> from the filing of Federal Defendants' Cross Motion for Summary Judgment.

D. Plaintiffs' Combined Response/Reply Brief is due <u>28 days</u> from the filing of

1

Proposed Intervenor-Defendants' Cross Motion for Summary Judgment.

E. Federal Defendants' Reply Brief is due <u>28 days</u> from the filing of Plaintiffs' Response/Reply Brief.

F. Proposed Intervenor-Defendants' Reply Brief is due <u>7 days</u> from the filing of Federal Defendants' Reply Brief.

Respectfully submitted this 13th day of May, 2019,

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment & Natural Resources Division

        */s/ Shaun M. Pettigrew*
        SHAUN M. PETTIGREW
        Trial Attorney
        Natural Resources Section

        Counsel for Federal Defendants


        MSBT LAW, CHTD.

        */s/ Paul A. Turcke*
        PAUL A. TURCKE, ESQ.

        ERICKSON, THORPE & SWAINSTON, LTD.

        */s/ John C. Boyden*
        JOHN C. BOYDEN, ESQ.

        Attorneys for Plaintiffs


        ENVIRONMENTAL LAW CLINIC
        Mills Legal Clinic at Stanford Law School

        */s/ Deborah A. Sivas*
        DEBORAH A. SIVAS

        Counsel for Proposed Intervenor-Defendants

2

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE

DATED: 5/20/2019

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this matter.

/s/ *Shaun M. Pettigrew*
Shaun M. Pettigrew