# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

# (Northern Division)

| | |
|---|---|
| SIERRA TRAIL DOGS MOTORCYCLE AND RECREATION CLUB; PINE NUT MOUNTAINS TRAILS ASSOCIATION; AMERICAN MOTORCYCLIST ASSOCIATION, DISTRICT 36; CALIFORNIA FOUR WHEEL DRIVE ASSOCIATION and THE BLUE RIBBON COALITION,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES FOREST SERVICE; HUMBOLDT TOIYABE NATIONAL FOREST; WILLIAM ("BILL") DUNKELBERGER, Forest Supervisor, Humboldt-Toiyabe National Forest,<br><br>      Defendants,<br><br>      and<br><br>AMERICAN BIRD CONSERVANCY; CENTER FOR BIOLOGICAL DIVERSITY; WESTERN WATERSHEDS PROJECT; WILDEARTH GUARDIANS,<br><br>      Defendant-Intervenors. | Case No. 3:18-cv-594-MMD-CBC<br><br>**ORDER GRANTING MOTION TO INTERVENE ON BEHALF OF DEFENDANTS BY THE AMERICAN BIRD CONSERVANCY, CENTER FOR BIOLOGICAL DIVERSITY, WESTERN WATERSHEDS PROJECT, AND WILDEARTH GUARDIANS** |

Based on the motion of American Bird Conservancy, Center for Biological Diversity, Western Watersheds Project, and WildEarth Guardians to intervene as defendants in this action, such motion is GRANTED and these parties shall be permitted to intervene as of right pursuant to Federal Rule of Civil Procedure 24(a).

Dated: October 21, 2019

_____
The Hon. Miranda M. Du
United States District Judge