Paul Ruprecht (NV Bar No. 14263)
WESTERN WATERSHEDS PROJECT
PO Box 12356
Reno, Nevada 89510
Telephone: (208) 421-4637
paul@westernwatersheds.org

Deborah A. Sivas (CA Bar No. 135446)
Matthew J. Sanders (CA Bar No. 222757)
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School
Crown Quadrangle, 559 Nathan Abbott Way
Stanford, California 94305-8610
Telephone: (650) 723-0325
Facsimile: (650) 723-4426
dsivas@stanford.edu
matthewjsanders@stanford.edu

Attorneys for Defendant-Intervenors
(Admitted *Pro Hac Vice*)

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### (Northern Division)

| | |
|---|---|
| SIERRA TRAIL DOGS MOTORCYCLE AND RECREATION CLUB; PINE NUT MOUNTAINS TRAILS ASSOCIATION; AMERICAN MOTORCYCLIST ASSOCIATION, DISTRICT 36; CALIFORNIA FOUR WHEEL DRIVE ASSOCIATION and THE BLUE RIBBON COALITION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; HUMBOLDT TOIYABE NATIONAL FOREST; WILLIAM ("BILL") DUNKELBERGER, Forest Supervisor, Humboldt-Toiyabe National Forest,<br><br>Defendants,<br><br>and | Case No. 3:18-cv-594-MMD-CLB<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR REPLIES TO CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

AMERICAN BIRD CONSERVANCY;
CENTER FOR BIOLOGICAL DIVERSITY;
WESTERN WATERSHEDS PROJECT;
WILDEARTH GUARDIANS,

    Defendant-Intervenors.

Under Local Rule 6-1, <u>Plaintiffs</u> Sierra Trail Dogs Motorcycle and Recreation Club; Pine Nut Mountains Trail Association; American Motorcyclist Association, District 36; California Four Wheel Drive Association; and the Blue Ribbon Coalition; <u>Federal Defendants</u> United States Forest Service; Humboldt Toiyabe National Forest; and William ("Bill") Dunkelberger, Forest Supervisor, Humboldt-Toiyabe National Forest; and <u>Defendant-Intervenors</u> American Bird Conservancy, Center for Biological Diversity, Western Watersheds Project, and WildEarth Guardians hereby stipulate to extend the remaining briefing deadlines for their motion and cross-motions for summary judgment. This is the first such stipulation for extension of time.

The Plaintiffs filed their motion for summary judgment on <u>September 20, 2019</u>. ECF No. 31. The Federal Defendants filed their cross-motion and their response in opposition to the Plaintiffs' motion on <u>November 1, 2019</u>. ECF No. 37. The Defendant-Intervenors filed their cross-motion and their response in opposition to the Plaintiffs' motion on <u>November 8, 2019</u>. ECF Nos. 40-41.

Under the current briefing schedule for the cross-motions, ECF No. 27, the Plaintiffs' response/reply brief is due by <u>December 6, 2019</u>; the Federal Defendants' reply brief is due 28 days from the filing of the Plaintiffs' response/reply brief, which would be <u>January 3, 2020</u>, at the latest; and the Defendant-Intervenors' reply brief is due 7 days from the filing of the Federal Defendants' reply brief, which would be <u>January 10, 2020</u>, at the latest.

The parties request an extension of these three upcoming briefing deadlines in the interests of justice. The current briefing schedule spans the Thanksgiving and Christmas holidays, during which time preparing the reply briefs will be difficult due to conflicting work and personal commitments. Additionally, the Defendant-Intervenors' lead counsel are from the Stanford Environmental Law Clinic, a teaching clinic at Stanford Law School where student practitioners work under the supervision of licensed attorneys. The winter academic quarter for the law school's 2020-2021 school year will not begin until January 6, 2020, at which time a new set of students will be working in the clinic. An extension of the due date for the Defendant-Intervenors' reply brief would permit these new students to prepare the reply brief.

1  The parties therefore stipulate that, with the Court's permission, the following deadlines

2  will supersede the deadlines established in by the previous briefing schedule in ECF No. 27:

3  - Plaintiffs' Combined Response/Reply Brief is due on or before <u>December 20, 2019</u>.

4  - Federal Defendants' Reply Brief is due on or before <u>January 31, 2020</u>.

5  - Proposed Intervenor-Defendants' Reply Brief is due on or before <u>February 7, 2020</u>.

7  Respectfully submitted this 15th day of November, 2019.

*/s/ Deborah A. Sivas*
Deborah A. Sivas
Matthew J. Sanders
ENVIRONMENTAL LAW CLINIC
Mills Legal Clinic at Stanford Law School

*/s/ Paul Ruprecht*
Paul Ruprecht
WESTERN WATERSHEDS PROJECT

Attorneys for Defendant-Intervenors

*/s/ John C. Boyden*
John C. Boyden
ERICKSON, THORPE & SWAINSTON, LTD.

*/s/ Paul A. Turcke*
Paul A. Turcke
MSBT LAW, CHTD.

Attorneys for Plaintiffs

Jean E. Williams
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
Shaun M. Pettigrew
Trial Attorney
Natural Resources Section

Attorneys for Federal Defendants

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE, MIRANDA M. DU

DATED: <u>November 18, 2019</u>

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants for this matter.

                         */s/ Deborah A. Sivas*
                         Deborah A. Sivas